# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANA LU, | CASE NO.: LA CV12-00317-JAK (RZx) |
| Plaintiff, | Hon. John A. Kronstadt |
| vs. | **JUDGMENT** |
| | **JS-6** |
| CENTRAL BANK OF REPUBLIC OF CHINA (TAIWAN); TAIWAN (R.O.C.); DOES 1 to 10, Inclusive, | |
| Defendants. | |

This action came before the Court on a Fourth Motion to Dismiss filed by Defendants Central Bank of Republic of China (Taiwan) and Taiwan (R.O.C.).

Pursuant to the June 18, 2013 Order granting Defendants' Fourth Motion to Dismiss Plaintiff's Fourth Amended Complaint (Dkt. 109), IT IS HEREBY ADJUDGED that the Motion to Dismiss the Fourth Amended Complaint is GRANTED and that the action is DISMISSED on the ground of lack of subject matter jurisdiction.

DATED: June 27, 2013

_____
The Honorable John A. Kronstadt
United States District Court Judge